STEPHANIE M. HINDS (CABN 154284)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
SHINING J. HSU (CABN 317917)
Assistant United States Attorney

     450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102-3495
     Telephone: (415) 436-7022
     FAX: (415) 436-6570
     Shining.Hsu@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  FJ 03-057 MAG |
| Plaintiff, | **WRIT OF CONTINUING GARNISHMENT** |
| v. | |
| GREGORY DEAN THOMPSON, | |
| Defendant, | |
| | |
| FIRST REPUBLIC BANK, | |
| Garnishee. | |

TO:   First Republic Bank
      Compliance Processing/Levy Processing
      111 Pine Street
      San Francisco, CA 94111

**YOU ARE HEREBY COMMANDED TO GARNISH FOR THE BENEFIT OF THE UNITED STATES OF AMERICA PROPERTY IN YOUR POSSESSION IN WHICH THE DEFENDANT-JUDGMENT DEBTOR HAS A SUBSTANTIAL NONEXEMPT INTEREST.**

The name, last known address, and last four digits of the social security number of the person who is the defendant-judgment debtor ("defendant") in this action and whose property is subject to this Writ are as follows:

Gregory Dean Thompson
28291 Meadow Glen Way West
Escondido, CA 92026
Social Security Number (last four digits):  XXX-XX-2674

This Writ has been issued at the request of the United States of America to enforce the collection of a civil judgment entered in favor of the United States against the defendant for a debt in the original amount of $427,477.92.  As of October 24, 2022, there is a balance due of approximately $461,714.88 plus interest.  The United States is entitled to recover a surcharge of ten percent (10%) of the amount of the balance ($46,171.49) pursuant to 28 U.S.C. § 3011(a). Thus, the total amount sought by this action is $507,886.37.

The following are the steps that you must take to comply with this Writ.  If you have any questions, you should consult with your attorney.

1.      Pursuant to 28 U.S.C. § 3205(c)(2)(F), if you have in your custody, control, or possession, any property of the defendant in which the defendant has a substantial nonexempt interest, or if you obtain custody, control, or possession of such property while this Writ is in effect, you must immediately withhold such property from the defendant and retain it in your possession until you receive instructions from the Court which will tell you what to do with the property.

2.      Pursuant to 28 U.S.C. § 3205(c)(2)(E), you are required to answer this Writ within 10 days after service of this Writ upon you.  You must answer the Writ even if you do not have in your custody, control, or possession, any property of the defendant.  Pursuant to 28 U.S.C. § 3205(c)(4), your answer must state, under oath, the following information:

a.      Whether or not you have in your custody, control, or possession, any property owned by the defendant in which the defendant has a substantial nonexempt interest, including nonexempt disposable earnings;

b.      a description of such property and the value of such property;

c.      a description of any previous garnishments to which such property is subject and

1    the extent to which any remaining property is not exempt; and

2        d.    the amount of the debt you anticipate owing to the defendant in the future and

3    whether the period for payment will be weekly or another specified period.

4        For your convenience, a form which addresses the above-requested information is attached and

5    may be used to answer the Writ.

6        3.    After you complete the answer under oath, pursuant to 28 U.S.C. § 3205(c)(2)(E) and

7    (c)(4), within ten (10) days after service of this Writ upon you, you must mail or deliver the original

8    answer bearing the original signature of the person preparing the answer to the Court at the following

9    address:

10       Clerk, United States District Court
    450 Golden Gate Ave., Box 36060

11       San Francisco, CA 94102.

12

13       At the same time you mail or deliver the original answer to the Court, you must also mail or

14   deliver a copy of the original answer to both the defendant's attorney and the attorney for the United

15   States at the following respective addresses:

16       Gregory Dean Thompson
    c/o Scott Schlegel, Esq.

17       The Law Offices of Scott M. Schlegel
    3033 5th Ave., Suite 227

18       San Diego, CA 92103

19
    Shining J. Hsu, Assistant U.S. Attorney

20       U.S. Attorney's Office
    450 Golden Gate Avenue, 9th Floor

21       P.O. Box 36055
    San Francisco, CA 94102.

22

23       Please note that the attached form answer contains a certificate of service which needs to be

24   completed by the person mailing the copies of the answer to the defendant and the attorney for the

25   United States, and which needs to be filed with the Court along with the answer.

26       **IF YOU FAIL TO ANSWER THIS WRIT OR FAIL TO WITHHOLD PROPERTY IN**

27   **ACCORDANCE WITH THIS WRIT, THE UNITED STATES MAY PETITION THE COURT**

28   **FOR AN ORDER REQUIRING YOU TO APPEAR BEFORE THE COURT TO ANSWER THE**

1  **WRIT AND TO WITHHOLD PROPERTY IN ACCORDANCE WITH THE WRIT BEFORE**

2  **THE APPEARANCE DATE.  IF YOU FAIL TO APPEAR OR DO APPEAR AND FAIL TO**

3  **SHOW GOOD CAUSE WHY YOU FAILED TO COMPLY WITH THIS WRIT, THE COURT**

4  **WILL ENTER A JUDGMENT AGAINST YOU FOR THE VALUE OF THE DEFENDANT'S**

5  **NONEXEMPT INTEREST IN SUCH PROPERTY (INCLUDING NONEXEMPT DISPOSABLE**

6  **EARNINGS).  THE COURT MAY ALSO AWARD A REASONABLE ATTORNEY'S FEE TO**

7  **THE UNITED STATES AND AGAINST YOU IF THE WRIT IS NOT ANSWERED WITHIN**

8  **THE TIME SPECIFIED HEREIN AND IF THE UNITED STATES FILES A PETITION**

9  **REQUIRING YOU TO APPEAR.**

10                                                    MARK B. BUSBY,
                                                       Clerk of the United States
11                                                    District Court for the Northern
                                                       District of California
12

13
                                                    *Mark B.Busby*
14  Dated: _____4/25/2023_____          *Karen Herman*
                                                       Deputy Clerk
15

16

17

18

19

20

21

22

23

24

25

26

27

28